## Commonwealth of Pennsylvania, Appellant, *v.* George Shollenberger.

No. 104, July T., 1894.  Appeal from Q. S. Phila. Co.

PER CURIAM, January 30, 1899:

The judgment of this Court heretofore entered (170 Pa. 296) having been reversed by the Supreme Court of the United States, it is now ordered that the judgment of the court of quarter sessions of Philadelphia county be and the same is hereby affirmed with costs.

---

## Commonwealth of Pennsylvania, Appellant, *v.* G. E. Paul.

No. 105, July T., 1894.  Appeal from Q. S. Phila. Co.

PER CURIAM, January 30, 1899:

The judgment of this Court heretofore entered (170 Pa. 296) having been reversed by the Supreme Court of the United States, it is now ordered that the judgment of the court of quarter sessions of Philadelphia county be and the same is hereby affirmed with costs.

---

## Philadelphia, Appellant, *v.* J. Otis Paul.

No. 106, July T., 1894.  Appeal from Q. S. Phila. Co.

PER CURIAM, January 30, 1899:

The judgment heretofore entered by this Court (170 Pa. 284) having been reversed by the Supreme Court of the United States, it is now ordered that the judgment of the court of quarter sessions of Philadelphia county be and the same is hereby affirmed with costs.